**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  04-cr-00271-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BRENDA S.LOSCHER,
      a/k/a Brenda Hudson
      a/k/a Brenda McGregor

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a supervised release violation hearing regarding Defendant Loscher is set **Monday, March 15, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  February 4, 2010